IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| United States of America ) | |
| ) | Cr. No. 3:99-113 |
| vs. ) | |
| ) | |
| Bryan Reginald Hudson, ) | **O R D E R** |
| ) | |
| Defendant. ) | |

On July 25, 1999, Defendant Bryan Reginald Hudson pleaded guilty to conspiracy to possess with intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846 (Count 1). On November 10, 1999, Defendant was sentenced to imprisonment for life. They court also imposed a period of supervised release for five years. On January 26, 2012, Defendant's sentence was reduced pursuant to Fed. R. Crim. P. 35(b) and 18 U.S.C. § 3582(c)(2) to 188 months. Defendant was released from custody on or about August 28, 2012.

This matter is before the court on Defendant's motion for termination of supervised release, which motion was filed on May 10, 2017. The court has conferred with Senior United States Probation Officer Gina C. Earle and Assistant United States Attorney Jane Taylor, who do not object to Defendant's motion.

Considering the factors set forth in 18 U.S.C. § 3553(a) to the extent that they are applicable, the court finds that the interests of justice will be served if termination of supervision is granted at this time. See 18 U.S.C. § 3583(e). Accordingly, Defendant's motion for early termination

of supervised release (ECF No. 56) is **granted**.

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina

June 15, 2017